# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT ARISTO GALLARDO III, | CASE NO. 11cv2569-LAB (RBB) |
|---|---|
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION; AND** |
| vs. | |
| GEORGE NEOTTI, Warden, | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| Respondent. | |

Petitioner Robert Gallardo filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer, but Gallardo filed no traverse. This matter was referred to Magistrate Judge Ruben Brooks for report and recommendation pursuant to 28 U.S.C. § 636(b). Judge Brooks issued his report and recommendation, which recommended denying the petition. Gallardo has filed no objections to the report and recommendation.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). The Court reviews de novo those portions of the R&R to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *Id.* When no objections are filed, the Court need not conduct a de novo review. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).

The Court has reviewed the reoprt and recommendation, finds it to be correct, and **ADOPTS** it. The petition is **DENIED**.

**IT IS SO ORDERED**.

DATED: July 24, 2013

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge